Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel.: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       kw@slwlaw.com
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>        Plaintiff,<br><br>v.<br><br>SATICOY BAY LLC SERIES 7517 APPLE CIDER, a Nevada limited liability company; ELKHORN COMMUNITY ASSOCIATION, a Nevada non-profit corporation; JOHN CHERRY, an individual; and MARIA CHERRY, an individual,<br><br>        Defendants. | Case No.: 2:17-cv-02948-RFB-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

      Plaintiff JPMorgan Chase Bank, N.A. ("Chase"), and Defendants Saticoy Bay LLC Series 7517 Apple Cider's ("Saticoy") and Elkhorn Community Association ("Elkhorn"), by and through their respective counsel of record, hereby agree as follows:

      1.     On September 24, 2018, Chase and Saticoy each filed motions for summary judgment in this action. [ECF Nos. 31 and 32.]

1

2. On October 15, 2018, Saticoy and Elkhorn filed their oppositions to Chase's motion for summary judgment, and Chase filed its opposition to Saticoy's motion for summary judgment. [ECF Nos. 35, 36, and 37.]

3. Accordingly, the deadline for Chase and Saticoy to file reply briefs in support of their respective motions for summary judgment is currently October 29, 2018. (*See* Local Rule 7-2(b).)

4. Counsel for Chase will be out of the office October 19, 2018 through October 29, 2018, and has therefore requested a brief two-week extension of the reply deadline. For the sake of consistency, the parties desire to modify the deadline for both Chase's and Plaintiff's reply briefs, from October 29, 2018 to **November 13, 2018**.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

5.  The parties respectfully submit that the instant stipulation is supported by a showing of good cause, and the extension set forth herein is not requested for purposes of delay.

Dated this 19th day of October, 2018.

SMITH LARSEN & WIXOM

/s/ *Katie M. Weber*
Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

Dated this 19th day of October, 2018.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

/s/ *Adam R. Trippiedi*
Michael F. Bohn, Esq.
Nevada Bar No. 1641
Adam R. Trippiedi, Esq.
Nevada Bar No. 12294
2260 Corporate Cir., Suite 480
Henderson, Nevada 89074
Attorney for Defendant Saticoy Bay LLC Series 7517 Apple Cider

Dated this 19th day of October, 2018.

BOYACK ORME & ANTHONY

/s/ *Colli C. McKiever*
Edward D. Boyack, Esq.
Nevada Bar No. 5229
Colli C. McKiever, Esq.
Nevada Bar No. 13724
7432 W. Sahara Ave., Ste. 101
Las Vegas, Nevada 89117
Attorneys for Defendant
Elkhorn Community Association

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Court
DATED:  October 22, 2018.

3

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 • (702) 252-5006

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 19, 2018 a true copy of the foregoing **Stipulation and [Proposed] Order Extending Deadline to File Replies in Support of Motions for Summary Judgment (First Request)** was filed electronically via the court's CM/ECF system and served either by mail, postage prepaid, or electronically, as noted, to the following:

> Michael F. Bohn, Esq.
> Nevada Bar No. 1641
> Adam R. Trippiedi, Esq.
> Nevada Bar No. 12294
> LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.
> 2260 Corporate Cir., Ste. 480
> Henderson, NV 89074
> mbohn@bohnlawfirm.com
> atrippiedi@bohnlawfirm.com
> Attorneys for Defendant
> Saticoy Bay LLC Series 7517 Apple Cider
> *(Service via CM/ECF)*
>
> Edward D. Boyack, Esq.
> Colli C. McKiever, Esq.
> 7432 W. Sahara Ave., Ste. 101
> Las Vegas, NV 89117
> ted@boyacklaw.com
> colli@boyacklaw.com
> Attorneys for Defendant
> Elkhorn Community Association
>
>
> /s/ *Jana L. Rivard*
> an employee of Smith Larsen & Wixom