MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Cir, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX

Attorney for defendants
3711 Lodina Ct Trust, Teal Petals
St. Trust, and Saticoy Bay LLC
Series 3711 Lodina Ct Trust

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,, <br><br> Plaintiff, <br><br> vs. <br><br> SATICOY BAY LLC SERIES 7517 APPLE CIDER; ELKHORN COMMUNITY ASSOCIATION; JOHN CHERRY, an individual; and MARIA CHERRY, an individual, <br><br> Defendants. | CASE NO.:  2:17-cv-02948-RFB-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO SATICOY BAY LLC SERIES 7517 APPLE CIDER'S MOTION FOR SUMMARY JUDGMENT** <br> **(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between defendant Saticoy Bay LLC Series 7517 Apple Cider (hereinafter referred to as "Saticoy Bay"), through its attorney, the Law Offices of Michael F. Bohn, Esq., Ltd.; plaintiff JPMorgan Chase Bank, N.A., by and through its counsel, Katie M. Weber, Esq.; and defendant Elkhorn Communit Association ("HOA"), by and through its counsel, Colli C. McKiever, Esq.,  that the date for Saticoy Bay to file its reply to plaintiff's opposition to Saticoy Bay LLC Series 7517 Apple Cider's Motion for Summary Judgment(ECF 37) filed on October 15, 2018, shall be extended from November 13th, 2018, to November 16, 2018.

This is the second extension to which the parties have sought regarding this motion.  Defendant

1

seeks additional time due to the press of business as counsel has deadlines in this matter as well as other cases. This extension is not intended to delay these proceedings and granting defendants' request will not prejudice any party.

DATED this 13th day of November, 2018.

| | |
|---|---|
| LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ., LTD. | SMITH LARSEN & WIXOM |
| By: /s/ Michael F. Bohn, Esq.<br>  Michael F. Bohn, Esq.<br>  Adam R. Trippiedi, Esq.<br>  2260 Corporate Cir, Suite 480<br>  Henderson, Nevada 89074<br>  Attorney for defendant Saticoy Bay LLC<br>  Series 7517 Apple Cider | By: /s/ Katie M. Weber, Esq.<br>  Kent F. Larsen, Esq.<br>  Katie M. Weber, Esq.<br>  1935 Village Center Circle<br>  Las Vegas, Nevada 89134 |

BOYACK ORME & ANTHONY

By: /s/ Colli C. McKiever, Esq.
  Edward D. Boyack, Esq.
  Colli C. McKiever, Esq.
  7432 W. Sahara Ave, Suite 101
  Las Vegas, Nevada 89117
  Attorney for defendant Elkhorn Community
  Association

## **ORDER**

Pursuant to the stipulation of the parties, the dates are hereby set as stated above.

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: November 15, 2018.